UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
At Charleston

**JACKSON A. GRISWOLD,**

      **Plaintiff,**

v.                            **Civil Action No. 2:23-cv-00630**
                                Hon. John T. Copenhaver, Jr.

**CROUNSE CORPORATION,**
a Kentucky Corporation,

      **Defendant.**

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

---

      The within action having been fully compromised and settled by and between the parties, Plaintiff's Complaint and all pending Motions may be and are hereby DISMISSED, with prejudice, each party to bear its own costs and attorneys fees.

                                      Respectfully submitted,

                                      */s/ Jason P. Foster* **(with consent)**
                                    Christopher D. Pence (WV #9095)
                                    Jason P. Foster (WV #10593)
                                    Pence Law Firm PLLC
                                    10 Hale Street, 4th Floor
                                    Charleston, WV 25329
                                    Tel: (304) 345-7250
                                    Fax: (304) 553-7227
                                    cpence@pencefirml.com
                                    jfoster@pencefirm.com
                                    *Attorneys for Plaintiff*

        **/s/ *Megan Ahrens Sullivan***
Todd M. Powers (WV #6462)
Megan Ahrens Sullivan (WV #12361)
SCHROEDER, MAUNDRELL, BARBIERE & POWERS
5300 Socialville-Foster Rd., Suite 200
Mason, Ohio 45040
Tel: (513) 583-4200
Fax: (513) 583-4203
tpowers@smbplaw.com
mahrens@smbplaw.com
***Attorneys for Defendant***